249 So.2d 209

**Dessard Joseph BADEAUX, Jr. and Bonnie Marie Myers Hebert et al.**

**v.**

**PATTERSON TRUCK LINE, INC., et al.**

**No. 51540.**

June 28, 1971.

In re: Patterson Truck Line, Inc. and Aetna Casualty & Surety Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 247 So.2d 875; 247 So.2d 886.

Writ denied: Under the facts found by the court of appeal, the result is correct.

249 So.2d 210

**Mrs. R. J. (Thelma) TROUARD**

**v.**

**FIRST NATIONAL BANK OF LAKE CHARLES.**

**No. 51542.**

June 28, 1971.

In re: First National Bank of Lake Charles applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 247 So.2d 607.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.